## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CASE NO. 9:12-cv-81333

FAYE STONE,

      Plaintiff,

v.

CMRE FINANCIAL SERVICES, INC.,

      Defendant.

_____/

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

District Court of Florida Plaintiff's Notice of  Dismissal of Case With Prejudice, a copy

of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 10th day of April, 2013.

<u>By: **s/Alex Weisberg**_____</u>
**Alex Weisberg**
**WEISBERG & MEYERS, LLC**
**5722 South Flamingo Road, #656**
**Cooper City, FL 33330**
**954 337 1885**
**866 775 3666 facsimile**
**aweisberg@AttorneysForConsumers.com**
**Attorney for Plaintiff**

Filed electronically on this 10th day of April, 2013, with:

United States District Court CM/ECF system


By: s/Lydia Bultemeyer
　　　Lydia Bultemeyer


## CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was

served via electronic mail upon the Ms. Tara A Sidney at sidneyt@gtlaw.com.


By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com