UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81333-CIV-MARRA

FAYE STONE,

    Plaintiff,

vs.

CMRE FINANCIAL
SERVICES, INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement [DE 15] and Plaintiff's Notice of Dismissal With Prejudice [DE 17]. Being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby DISMISSED with prejudice. Fed. R. Civ. P. 41(a). Any pending motions are denied as moot. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 15th day of April, 2013.

_____
KENNETH A. MARRA
United States District Judge